IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL SIGNAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VT TECHNOLOGIES INC.,<br><br>Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF DIGITAL SIGNAL INNOVATIONS, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Digital Signal Innovations, LLC, pursuant to Federal Rule of Civil Procedure 7.1, states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 19, 2013          STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Digital Signal Innovations, LLC*